1  Luis P. Castro
   22356 Flagg Street
2  Hayward, CA 94541

**FILED**

FEB - 6 2014

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

3

4

5

6                UNITED STATES BANKRUPTCY COURT

7                NORTHERN DISTRICT OF CALIFORNIA

8                    SAN FRANCISCO DIVISION

9  In re  LUIS CASTRO,                    Case No. 12-32455  HLB
                                          Chapter 7
10
              Debtor.
11

12

13              <u>**NOTICE OF CHANGE OF ADDRESS**</u>

14      I, Luis Castro, the Debtor in the above Chapter 7 case, file this notice of a change in my

15  address.  My address has changed from the one shown on my voluntary Chapter 7 petition.  The

16  new address is as follows:

17              Luis P. Castro
                22356 Flagg Street
18              Hayward, CA 94541

19

20  DATED: January ___, 2014
         FEBRUARY 4, 2014                  Luis P. Castro
21                                         Luis P. Castro

22

23

24

25

26

27

28

USW 804243814.1