Andrea A. Wirum, State Bar. No. 095616
Chapter 7 Trustee
P.O. Box 1108
Lafayette, CA 94549
Telephone & Fax: (415) 294-7710
trustee@wirum.com

FILED

MAR - 2 2015

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

**CASTRO, LUIS**

Debtor(s)

Case No. **12-32455**

Chapter 7

**NOTICE OF UNCLAIMED DIVIDEND**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $115,332.66. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| SURPLUS | Luis Castro<br>22356 Flagg Street<br>Hayward, CA 94541-4908 | 115,332.66 | 115,332.66 |

Total Unclaimed Dividends: $115,332.66

A check in the amount of $115,332.66 was sent to Debtor on November 14, 2014. The check was sent to the address set forth in the Debtor's Notice of Change of Address filed on

February 7, 2014. A check for $175,000 representing Debtor's homestead had been sent to that address in March, 2014 and the check was cashed.

After the check remained uncashed for a period of time, counsel for the Trustee telephoned Mr. Castro on January 13, 3015 and advised him that the check had been sent and requested that he cash the check. Counsel for the Trustee wrote to Mr. Castro on January 28, 2015 advising that the check had been sent and that it should be cashed. A true and correct copy of the letter is attached hereto. Mr. Castro has failed to cash the check despite receiving a telephone call requesting him to do so and receiving a letter requesting him to do so.

Dated: February 26, 2015

_____
Andrea Wirum
Chapter 7 Trustee